# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MSPA CLAIMS 1, LLC, a Florida entity,         Case No. 1:17-cv-01340

   Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,

   Defendant.

_____/

## JOINT DISCOVERY STATUS REPORT AND DISCOVERY PLAN

The Parties respectfully submit the following Discovery Status Report and Discovery Plan.

**1. Status of Discovery**

The Parties have exchanged certain written discovery and are in the process of attempting to resolve disputes related to the discovery noticed to date. Also, the Parties have agreed to a proposed protective (confidentiality) order to protect against disclosure of Personally Identifiable Information, HIPAA-protected confidential information, and other non-public confidential information. That order is being submitted to the Court contemporaneous to this status report.

To facilitate efficient claims data discovery, the Parties have agreed to engage in data matching, facilitated by a third-party vendor, and have met an conferred as to the scope and parameters of the process. The Parties expect to have the details finalized and the process started as indicated below. The Parties will engage in the remainder of written and oral discovery while this process is taking place.

**2. Discovery Schedule**

The parties propose the following discovery plan:

| Event | Date |
|---|---|
| Plaintiff and Defendant to confirm required data for third party vendor | 11/4/19 |
| Plaintiff and Defendant to submit demographic data to third party ("TP") vendor to perform data matching as soon as possible, but no later than this date. | 1/6/20 |
| Completion of data matching by third party vendor – demographic, coverage, and claims payments reporting. [expected date] | 3/6/20 |
| Plaintiff's Rule 26(a)(2) expert disclosures and reports | 5/8/20 |
| Defendant's Rule 26(a)(2) expert disclosures and reports | 6/8/20 |
| Complete depositions of Plaintiff's experts | 7/8/20 |
| Complete depositions of Defendant's experts | 8/7/20 |
| Plaintiff's motion for class certification | 9/21/20 |
| Defendants' Opposition to motion for class certification | 11/20/20 |
| Plaintiffs' reply in support of motion for class certification | 12/30/20 |
| Completion of remaining discovery | 3/26/21 |

Respectfully submitted,

*/s/ David M. Hundley*
Christopher L. Coffin
David M. Hundley
Tracy L. Turner
Shannon A. Shelton
**PENDLEY, BAUDIN & COFFIN, LLP**
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Telephone: (504) 355-0086

Charles E. Whorton
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd. Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500

R. Brent Wisner
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025
Telephone: (310) 207-3233

*Counsel for Plaintiff*

*/s/ Richard L. Fenton*
Richard L. Fenton
Steven M. Levy
Mark L. Hanover
Jacqueline A. Giannini
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I caused a copy of the foregoing to be electronically filed via the court's CM/ECF system, which provides electronic service upon all counsel of record.

/s/ *David M. Hundley*