UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MSPA CLAIMS 1, LLC, a Florida entity, **Plaintiff,** ALLSTATE INSURANCE COMPANY, an Illinois Corporation, **Defendant.** | Case No. 1:17-cv-01340 Hon. Andrea R. Wood |

**JOINT STATUS REPORT**

1. Plaintiff, MSPA Claims 1, LLC, and Defendant, Allstate Insurance Company (collectively the "Parties"), submit this joint status report, in compliance with the Court's July 22, 2021 minute entry, which required a report "setting forth the progress of discovery, including the status of the data-matching project, as well as any other items the parties would like to discuss with the Court at the next status hearing." *See* D.E. 154.

2. The parties have all but completed the data-matching discovery and Plaintiff on September 28, 2021, proposed a data exchange of demographic and payment data for certain matches. After that data exchange, Plaintiffs would identify within 30 days all claims as to which (1) Plaintiff's and Allstate's record is a "match" and (2) for which Allstate owes reimbursement under the Medicare Secondary Payer Act.

3. After Plaintiff made the above proposal, the parties met and conferred about a two-step approach to the data exchange. Step 1 would rely on a sampling of certain matches. While the parties are not currently involved in settlement negotiations, the purpose of step one would be to explore whether there is any potential framework for early resolution of this case. The parties intend for step 1 to move as expeditiously as possible, and the sampling would be

subject to the confidentiality order. D.E. 126. At the completion of Step 1 (or at Plaintiffs' discretion), and assuming early resolution is not something both parties are interested in, then the reciprocal data exchange will occur, subject to any objections the parties might assert as to the scope of that exchange, and Plaintiff will proceed forward as outlined in its proposal.

4.  As far as other discovery, not including data-matching discovery, there is nothing substantial to report at this time. The parties are working together cooperatively on all oral and written discovery. There are no discovery disputes that warrant the Court's attention. Moreover, there are no other items that the parties wish to discuss with the Court at the next status hearing.

Dated: October 13, 2021

Respectfully submitted,

<div style="display: flex;">

<div>

*/s/ David M. Hundley*
Christopher L. Coffin
David M. Hundley
Tracy L. Turner
**PENDLEY, BAUDIN & COFFIN, LLP**
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Telephone: (504) 355-0086
Facsimile: (504) 355-0089

Charles E. Whorton
**MSP RECOVERY LAW FIRM**
2701 S Le Jeune Road, Floor 10
Coral Gables, FL 33134
Telephone: (305) 614-2222

***Counsel for Plaintiff***

</div>

<div>

/s/ Steven M. Levy
Steven M. Levy
Jacqueline A. Giannini
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

***Counsel for Defendant***

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, a copy of the foregoing was electronically filed via the court's CM/ECF system, which provides electronic service upon all counsel of record.

<div style="text-align: right;">

*/s/ David M. Hundley*

</div>